USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 4/14/2021

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
:
ORISKA CORPORATION, :
:
Plaintiff, :
: 21-cv-762 (LJL)
-v- :
: ORDER
BAY PARK CENTER FOR NURSING AND :
REHABILITATION, LLC, et al., :
:
Defendants. :
:
------------------------------------------------------------------X

LEWIS J. LIMAN, United States District Judge:

      The Court has received the Moving Defendants motion to remand this case to state court. The removing parties are directed to inform the Court by April 20 at 5:00 p.m. whether they object to the motion.

      SO ORDERED.

Dated: April 14, 2021
      New York, New York

                                      LEWIS J. LIMAN
                                  United States District Judge